UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA | ) | CAUSE NO. 2:18CR 125 |
|---|---|---|
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 922(o) |
| | ) | 18 U.S.C. § 924(c) |
| | ) | 21 U.S.C. § 841(a)(1) |
| EDWARD T. BELL | ) | |

-FILED-

NOV 14 2018

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about July 12, 2018, in the Northern District of Indiana,

**EDWARD T. BELL,**

defendant herein, having been previously convicted of Possession of Cocaine and of Dealing in a Schedule I Controlled Substance, on or about April 16, 2018, in the Superior Court of Lake County, Indiana, in Cause Number 45G02-1706-F5-00055, said crimes each being punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce

1) a firearm, which was a Glock .45 caliber pistol bearing serial number TSE893; and

2) a firearm, which was a Glock 9mm pistol bearing serial number ADGH338;

In violation of Title 18, United States Code, 922(g)(1).

1

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

On or about July 12, 2018, in the Northern District of Indiana,

**EDWARD T. BELL,**

defendant herein, did knowingly possess a machinegun, which was a Glock 9mm pistol bearing serial number ADGH338;

In violation of Title 18, Untied States Code, Section 922(o).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3

On or about August 7, 2018, in the Northern District of Indiana,

**EDWARD T. BELL,**

defendant herein, having been previously convicted of Possession of Cocaine and of Dealing in a Schedule I Controlled Substance, on or about April 16, 2018, in the Superior Court of Lake County, Indiana, in Cause Number 45G02-1706-F5-00055, said crimes each being punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce

1) a firearm, which was a Springfield Armory .45 caliber pistol bearing serial number MG507765;

2) a firearm, which was a Springfield Armory .45 caliber pistol bearing serial number US698184;

3) a firearm, which was a Springfield Armory .45 caliber pistol bearing serial number US602973; and

4) a firearm, which waa a Springfield Armory .45 caliber pistol bearing serial number XD731599

In violation of Title 18, United States Code, 922(g)(1).

## THE GRAND JURY FURTHER CHARGES:

### COUNT 4

On or about August 21, 2018, in the Northern District of Indiana,

**EDWARD T. BELL,**

defendant herein, having been previously convicted of Possession of Cocaine and of Dealing in a Schedule I Controlled Substance, on or about April 16, 2018, in the Superior Court of Lake County, Indiana, in Cause Number 45G02-1706-F5-00055, said crimes each being punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce

1) a firearm, which was a Ruger, model P90, .45 caliber pistol bearing serial number 660-91756;

2) a firearm, which was a Ruger, model P95DC, 9mm pistol bearing serial number 311-18442; and

3) a firearm, which was a Ruger, model P345, .45 caliber pistol bearing serial number 664-46210;

In violation of Title 18, United States Code, 922(g)(1).

## COUNT 5

On or about August 24, 2018, in the Northern District of Indiana,

**EDWARD T. BELL,**

defendant herein, having been previously convicted of Possession of Cocaine and of Dealing in a Schedule I Controlled Substance, on or about April 16, 2018, in the Superior Court of Lake County, Indiana, in Cause Number 45G02-1706-F5-00055, said crimes each being punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce

1) a firearm, which was a Glock 9mm pistol bearing serial number GHP770;

2) a firearm, which was a Glock 9mm pistol bearing serial number BDKY139;

3) a firearm, which was a Glock 10mm pistol bearing serial number BDPF525;

4) a firearm, which was a Glock .357 caliber pistol bearing serial number LFL883;

5) a firearm, which was a Glock .357 caliber pistol bearing serial number SUW807;

6) a firearm, which was a Glock .40 caliber pistol bearing serial number UXP013;

7) a firearm, which was a Glock .45 caliber pistol bearing serial number YHS967;

8) a firearm, which was a Glock .40 caliber pistol bearing serial number BECU560;

9) a firearm, which was a Glock .357 caliber pistol bearing serial number YNH952;

10) a firearm, which was a Glock .40 caliber pistol bearing serial number DBX766US;

11) a firearm, which was a Glock 9mm pistol bearing serial number BFAE707; and

12) a firearm, which was a Kimber .45 caliber pistol bearing serial number K581656;

In violation of Title 18, United States Code, 922(g)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6

On or about August 24, 2018, in the Northern District of Indiana,

**EDWARD T. BELL,**

defendant herein, did knowingly possess a machinegun, which was a Glock 9mm pistol bearing serial number GHP770;

In violation of Title 18, Untied States Code, Section 922(o).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 7

On or about August 24, 2018, in the Northern District of Indiana,

**EDWARD T. BELL,**

defendant herein, did knowingly and intentionally possess with intent to distribute twenty-eight (28) grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 8

On or about August 24, 2018, in the Northern District of Indiana,

**EDWARD T. BELL,**

defendant herein, did knowingly and intentionally possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is possession with intent to distribute a controlled substance, as alleged in Count 7 of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

# FORFEITURE ALLEGATIONS

1. The allegations of Counts Five through Eight of the Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 18 United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

2. Upon conviction of any one of the offenses alleged in Counts Five through Eight of the Indictment, **EDWARD T. BELL**, defendant herein, shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d), any and all firearms and ammunition involved in the commission of such offenses; and pursuant to Title 21, United States Code, Section 853(a), any and all property used and intended to be used, in any manner or part to commit or to facilitate the commission of such offenses, and any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of said violations, including but not limited to:

   A. A firearm, which was a Glock 9mm pistol bearing serial number GHP770;

   B. A firearm, which was a Glock 9mm pistol bearing serial number BDKY139;

   C. A firearm, which was a Glock 10mm pistol bearing serial number BDPF525;

   D. A firearm, which was a Glock .357 caliber pistol bearing serial number LFL883;

   E. A firearm, which was a Glock .357 caliber pistol bearing serial number SUW807;

F. A firearm, which was a Glock .40 caliber pistol bearing serial number UXP013;

G. A firearm, which was a Glock .45 caliber pistol bearing serial number YHS967;

H. A firearm, which was a Glock .40 caliber pistol bearing serial number BECU560;

I. A firearm, which was a Glock .357 caliber pistol bearing serial number YNH952;

J. A firearm, which was a Glock .40 caliber pistol bearing serial number DBX766US;

K. A firearm, which was a Glock 9mm pistol bearing serial number BFAE707; and

L. A firearm, which was a Kimber .45 caliber pistol bearing serial number K581656;

A TRUE BILL:

/S/ *Foreperson*
FOREPERSON

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY

By: /S/ *Nicholas J. Padilla*
Nicholas J. Padilla
Assistant United States Attorney